# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANITA HOUCHIN,<br><br>         Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br>an insurance company,<br><br>         Defendant. | Case No: 5:14-cv-522 D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Anita Houchin and the Defendant, Hartford Life Insurance Company hereby stipulate through their respective counsel that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

               MANSELL ENGEL & COLE

            By: s/Mark A. Engel
              Steven S. Mansell, OBA #10584
              Mark A. Engel, OBA #10796
              Kenneth G. Cole, OBA #11792
              101 Park Avenue, Suite 665
              Oklahoma City, OK 73102
              T: (405) 232-4100  F: (405) 232-4140
              E-mail: mansell-engel@coxinet.net

            **ATTORNEYS FOR PLAINTIFF**
             **ANITA HOUCHIN**

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Jodi W. Dishman (Jodi.dishman@mcafeetaft.com)
Andrew J. Morris (Andrew.morris@mcafeetaft.com)

ATTORNEYS FOR DEFENDANTS -

                                                      s/Mark Engel